CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Esteban Maldonado**<br>DOB: 1997; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-01783MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 14, 2018, at or near Tucson, in the District of Arizona, **Esteban Maldonado** did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 100 grams of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 14, 2018, at approximately 2:00 p.m., at the Super 8 Hotel located at 1550 W Grant Rd. in Tucson, Arizona, an undercover agent (UCA) met with Esteban MALDONADO to purchase 2000 Fentanyl pills from MALDANADO. MALDONADO entered the UCA's vehicle and produced a bag containing two pills stamped "M30" from his groin area and handed it to the UCA to inspect. The UCA asked to see a larger sample for testing and MALDONADO then produced a large bag from his groin area containing what appeared to be hundreds of blue-colored pills and told the UCA to select whichever ones he wanted to test. UCA then indicated he believed MALDONADO and would go to his hotel room to test the two pills in the small bag. When the UCA exited the vehicle other officers moved in and arrested MALDONDO. During the arrest, deputies located a large plastic bag containing blue-colored, suspected Fentanyl-laced pills concealed in MALDONADO's groin area under his clothes. The pills weighed in excess of 100 grams.

During the verbal exchange in the UCA's vehicle, MALDONADO told the undercover agent the pills were fentanyl, stating the blue spots within the pills was the fentanyl. MALDONADO also stated there were approximately 952 or 956 pills in the large bag.

After waiving his *Miranda* rights, MALDONADO stated he did not know what the pills were but advised they had the characters "M30" on them. He stated he had received the pills from a male individual the previous night.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>MSF/ts<br>AUTHORIZED AUSA Mary Sue Feldmeier | SIGNATURE OF COMPLAINANT (official title)<br><br><br>OFFICIAL TITLE<br><br>Special Agent |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 15, 2018 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3 and 54